FILED

10/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0495

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0495

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JESSE JAMES FINLEY,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to supplement the record, and good cause appearing,

IT IS HEREBY ORDERED that the following transcripts shall be prepared and placed in the file of this Court in this cause on or before November 1, 2021:

      11-02-11    Combined Revocation and Sentencing Hearing

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 18 2021